186 So.2d 626

**MARQUETTE CEMENT MANUFACTUR-
ING COMPANY, Inc.**

**v.**

**C. J. NORMAND and Trinity Universal
Insurance Company.**

No. 48175.

May 19, 1966.

In re: Marquette Cement Manufacturing Company, Inc. applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of East Baton Rouge, State of Louisiana. 186 So.2d 395.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.

186 So.2d 626

**STATE of Louisiana**

**v.**

**Billy Wayne SINCLAIR.**

No. 48211.

June 2, 1966.

In re: Billy Wayne Sinclair applying for writs of certiorari, prohibition and mandamus.

Writs refused. Applicant will have an adequate remedy in the event of his conviction.